# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

**Minutes of Proceedings**

*Judge*   Katharine S. Hayden                    5/24/05
                                                Date of Proceedings

Court Reporter   Ralph Florio
Court Deputy     RoseMarie Guilloty

*Title of Case:*                                 Docket # 07-2414

NJ Turnpike    v.  Youtube, et al.

*Appearances:*

Donald Taylor, Esq.

*Nature of Proceeding:*

Phone conference/hearing held on pending order to show cause.
Counsel advised the Court they wish to voluntarily dismiss this matter.
Order to be submitted.

Commenced _____   Adjourned _____

                                        s/ RoseMarie Guilloty
                                        RoseMarie Guilloty, Deputy Clerk