UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

New Jersey Turnpike                        :

        Plaintiff(s),              :         Civ. 07-2414 (KSH)

   v.                                      :

Youtube, et al.

                                     :         O R D E R
        Defendant(s).              :

     The Court having been advised the plaintiff wishes to voluntarily dismiss the complaint filed in this action;

     It is on this 24th day of May 2007,

     O R D E R E D  that the complaint filed in the above-captioned matter be and is hereby dismissed in its entirety without prejudice and without costs.

                                          /s/ Katharine S. Hayden
                                          KATHARINE S. HAYDEN, U.S.D.J.